IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LYDIA BERRY**                                                                        **PETITIONER**

v.                                                          **No. 1:23CV26-SA-JMV**

**STATE OF MISSISSIPPI**                                           **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 21st day of February, 2024.

                                                     /s/ Sharion Aycock
                                                     U. S. DISTRICT JUDGE